# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JESSIE LEE BIZZELL,**

    *Plaintiff,*

v.                                          Case No.: 4:20cv580-MW/MJF

**MARK S. INCH, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) for maliciousness and abuse of judicial process." The Clerk shall close the file.

**SO ORDERED on February 23, 2021.**

                                                   s/Mark E. Walker<br>
                                                   **Chief United States District Judge**